**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



Russ Kendig
United States Bankruptcy Judge

**Dated: 01:46 PM December 4, 2013**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 PROCEEDINGS |
| RENATHA ROCHELLE BEARD | : | CASE NO: 12-62544 |
| | : | JUDGE RUSS KENDIG |
| DEBTOR(S) | : | AGREED ORDER SETTLING DEBTOR(S) OBJECTION TO TRUSTEE'S MOTION TO DISMISS CASE |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court on the Debtor(s) objection to the Trustee's Motion to Dismiss Case.

The Debtor filed a Modification of Plan suspending payments through November 2013. Regular Plan payments in the amount of $615.00 per month will resume beginning with the December 2013 payment.

The Debtor must pay the DECEMBER 2013 payment of $615.00 **by DECEMBER 20, 2013**, and continue to make regular monthly payments on time.

Failure to make one (1) of the required payments will result in the Trustee notifying the Debtor(s) and their Counsel of the delinquency.

Upon such notification, the Debtor will have twenty-one (21) days to bring the payments to the Trustee current. If the Debtor(s) cannot bring the payments current, the Debtor(s) and their Counsel can seek to modify the Plan to suspend or modify payments pursuant to Section 1329 of the Bankruptcy Code.

If no such modification is made or the Debtor has not made the required payments within twenty-one (21) days of such notice, an order dismissing the case with an attached affidavit listing the above provisions may be presented to the Court for consideration.

/s/ Douglas L. Thrush
Douglas L. Thrush, Esq., Attorney for Debtor(s)

/s/ Toby L. Rosen
Toby L. Rosen, Chapter 13 Trustee

###

SERVICE LIST:

RENATHA ROCHELLE BEARD
1401 BENBRANDON COURT
PO BOX 1773
MANSFIELD, OH 44901

DOUGLAS L. THRUSH, ESQ
13 PARK AVE W, STE 314
MANSFIELD, OH 44902